**FILED**
November 9, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTIN ATOYAN, )<br>)<br>Defendant. ) | Case No. 2:11-CR-00467-LKK-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MARTIN ATOYAN</u>, Case No. <u>2:11-CR-00467-LKK-3</u>, Charge <u>Title 18 USC § 1343</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ <u>100,000 (partially secured)</u>

  ✔ Unsecured Appearance Bond  <u>$24,000 (co-signed)</u>

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

  ✔ (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 9, 2011</u> at <u>3:15</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge