J TONEY
State Bar No. 43143
P.O. Box 1515
Woodland, CA  95695
530 666 1908
yoloconflict@aol.com

Attorney for Defendant
MARTIN ATOYAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN ATOYAN,<br><br>　　　　　Defendant. | No. 2:11-cr-467 JAM<br><br>**MOTION TO PERMIT TRAVEL; STIPULATION; PROPOSED ORDER**<br><br>Date:  February 13, 2015<br><br>Judge:  Hon. Carolyn K. Delaney |

　　　　Martin Atoyan moves the court for an order modifying the conditions of pretrial release to allow him to travel outside the Eastern District of California to attend the funeral of his sister in Gyumri, Armenia on February 16, 2015, as outlined below.

I.  BACKGROUND

　　　　Mr. Atoyan is awaiting sentencing in his case, with the sentencing date currently set for August 4, 2015.  On November 9, 2011, the court released him on an unsecured appearance bond, on the conditions that he not leave the Eastern District of California without permission and that he surrender his passports.  ECF Nos. 29 & 30.  He has been under the supervision of pretrial

1

services and has fully complied with all the conditions of his release.

II.      ARGUMENT

Under 18 U.S.C. § 3142(c)(3), the court may amend a release order "to impose additional or different conditions of release."

Martin Atoyan is a United States citizen and his wife, Sirine Atoyan, and children Edgar and Sasha, live in the United States.  Mr. Atoyan's wife, Sirine Atoyan has been in Armenia, but is returning to the United States on February 14, 2015.  Mr. Atoyan's son Edgar, Edgar's wife Hayarti Barseghyan, and his son Sasha will surrender their passports to counsel pending Mr. Atoyan's return.

Martin Atoyan's sister, who lived in Armenia, died on February 10, 2015 and her funeral is scheduled for February 16, 2015 in Gyumri, Armenia.  As the attached itinerary shows, Mr. Atoyan is booked on Aeroflot flight 0107, leaving Los Angeles International Airport on February 14, 2015 and will return to Los Angeles International Airport on March 6, 2015, on Aeroflot flight 0106.  He and his son Edgar will sign a $200,000 unsecured bond.  His son Edgar, who is a long-haul truck driver, will surrender the pink slip to his truck, held in the name of his mother Sirine Atoyan, to counsel.  In addition, the family will surrender the pink slip of 2008 Honda, also in Sirine Atoyan's name.  The court will release Mr. Atoyan's passport to the Pretrial Services Office who, in turn, will release it to Mr. Atoyan.  Mr. Atoyan will return his passport to the Pretrial Services Office on March 9, 2015.  In addition, Mr. Atoyan agrees to comply with any other additional conditions, such as telephone reporting, required by his Pretrial Services Officer.

Assistant United States Attorney Lee Bickley has advised she is not opposed to this travel plan.

Accordingly, defendant Martin Atoyan respectfully requests the Court to modify his conditions of release as outlined above and to impose any other conditions the Court deems appropriate.

////

III.  CONDITIONS FOR TRAVEL

Assistant United States Attorney Lee Bickley concurs in the following conditions for travel:

Martin Atoyan and his son Edgar Atoyan, who is self-employed as a truck driver, will co-sign a $200,000 unsecured bond.

Edgar Atoyan and his wife Hayarti Barseghyan will surrender their passports to counsel.

Sasha Atoyan will surrender his passport to counsel.

Edgar Atoyan will surrender the pink slips of a 2008 Honda and the truck that he uses for his business to counsel.

Edgar Atoyan understands the risks involved if his father fails to appear or fails to return from Armenia.

If this request is approved, Mr. Atoyan is willing to surrender his passport to Pretrial Services on the morning of Monday, March 9, 2015.

DATED:  February 13, 2015.

Respectfully submitted

/s/ J Toney
J TONEY
Attorney for Martin Atoyan

DATED:  February 13, 2015.    Benjamin Wagner
United States Attorney

/s/ Lee Bickley
Lee S. Bickley
Assistant United States Attorney

/////

/////

/////

/////

3


ORDER

The court approves the above-outlined additional conditions of release and travel and orders the Clerk of the Court to release Martin Atoyan's United States passport to the Pretrial Services Office on February 13, 2015; the Pretrial Services Office may release the passport to Mr. Atoyan after the unsecured appearance bond and the declaration of counsel, attesting to the receipt of passports and pink slips, have been filed.

Dated: February 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE