J TONEY
State Bar No. 43143
Attorney at Law

P.O. Box 1515
Woodland, CA  95776
530 666 1908
yoloconflict@aol.com

Attorney for Martin Atoyan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-467 JAM |
|---|---|
| Plaintiff, | **MOTION TO PERMIT TRAVEL; STIPULATION; PROPOSED ORDER** |
| v. | |
| MARTIN ATOYAN, | |
| Defendant. | |

Martin Atoyan moves the court for an order modifying the conditions of pretrial release to allow him to travel outside the Eastern District of California to Armenia, in order to visit his uncle, Magdom Houhausyan, who is dying of cancer, as outlined below.

I.  BACKGROUND

Mr. Atoyan is awaiting sentencing in this case, with a sentencing date currently set for August 4, 2015.  On November 9, 2011, the court released him on an unsecured appearance bond, on the conditions that he not leave the Eastern District of California without permission and that he surrender his passports.   ECF Nos. 29 & 30.  He has been under the supervision of pretrial services and has fully complied with the conditions of his release.

1

On February 13, 2015, the magistrate judge approved a prior stipulation to permit Mr. Atoyan to travel to Armenia to attend his sister's funeral. ECF Nos. 131-134. His passport was released to him and upon his return, he surrendered it again to the Clerk of the Court. ECF Nos. 136.

II. ARGUMENT

Under 18 U.S.C. §3142(c)(3), the court may amend a release order "to impose additional or different conditions of release."

Martin Atoyan is a United States citizen and his wife, Sirine Atoyan, and children Edgar and Sasha, live in the United States. Mr. Atoyan's son Edgar, Edgar's wife, Hayarti Barseghyan, and his son Sasha will surrender their passports to counsel pending Mr. Atoyan's return. Sirine Atoyan will accompany her husband.

Mr. Atoyan's uncle is dying of cancer and has been given only a short time to live. Mr. Atoyan has remained close to this uncle and wishes to see him before he dies. As the attached itinerary shows, the Atoyans are booked on Transaero Flight 0558, leaving Los Angeles on Monday, July 13, with a transfer in Moscow to Flight 261 to Yerevan, Armenia. They will return on Transaero Flight 266, leaving Yerevan on Monday, August 17, with a transfer in Moscow to Transaero Flight 557, which arrives in Los Angeles on August 17.

Mr. Atoyan and his son Edgar have already signed an unsecured bond in the amount of $200,000, which has not been exonerated. ECF No. 133. Edgar, who is a long-haul truck driver, will surrender the pink slip of his truck, held in Sirine Atoyan's name, to counsel. The family will also surrender the pink slip of a 2008 Honda, also in Sirine Atoyan's name. The court will release the passport to the Pretrial Services officer who, in turn, will release it to Mr. Atoyan. Mr. Atoyan will return his passport to the Pretrial Services Office by August 19, 2015. In addition, Mr. Atoyan agrees to comply with any other additional conditions, such as telephone reporting, required by the Pretrial Services Officer.

Assistant United States Attorney Lee Bickley has advised she is not opposed to this travel plan or to a continuance of the currently set August 4 sentencing date.

/////

2

Accordingly, Martin Atoyan respectfully requests the court to modify his conditions of release as outline above and to impose any other conditions the Court deems appropriate.

III. CONDITIONS FOR TRAVEL

Assistant United States Attorney Lee Bickley does not object to the following conditions for travel:

Martin Atoyan and his son Edgar Atoyan, a self-employed truck driver, signed an unsecured appearance bond on February 13, 2015; it remains in effect. ECF No. 133.

Edgar Atoyan and his wife Hayarti Barsghyan will surrender their passports to counsel.

Sasha Atoyan will surrender his passport to counsel.

Edgar Atoyan will surrender the pink slips of a 2008 Honda and the truck he uses for his business to counsel.

Edgar Atoyan understands the risks involved if his father fails to appear or fails to return from Armenia.

If this request is approved, Martin Atoyan is willing to surrender his passport to Pretrial Services on Wednesday, August 19, 2015.

DATED: July 9, 2015.

Respectfully submitted,
/s/ J Toney
J TONEY
Attorney for Martin Atoyan

DATED: July 9, 2015.

Benjamin Wagner,
United States Attorney

/s/ Lee Bickley
LEE S. BICKLEY
Assistant United States Attorney

ORDER

The court approves the above-outlined additional conditions of release and travel and orders the Clerk of the Court to release Martin Atoyan's United States passport to the Pretrial Services Office on July 9, 2015; the Pretrial Services Office may release the passport to Mr. Atoyan after the declaration of counsel, attesting to the receipt of passports and pink slips, has been filed.

Dated: July 10, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ITINERARY

**13 JUL 2015 ▶ 17 AUG 2015**
TRIP TO **YEREVAN, ARMENIA**
PREPARED FOR                                   YOUR TRAVEL EXPERT

**ATOYAN/MARTIN**
**ATOYAN/SIRINE**

RESERVATION CODE   OJYFNW
AIRLINE RESERVATION CODE QYRGG (UN)

✈ DEPARTURE: **MONDAY 13 JUL** ▶ ARRIVAL: **TUESDAY 14 JUL**
Please verify flight times prior to departure

| | | | |
|---|---|---|---|
| *TRANSAERO ARLNS* | LAX LOS ANGELES, CA | VKO MOSCOW VNUKOVO, RUSSIA | Aircraft: BOEING 767 JET |
| *UN 0558* | Departing At: 9:20pm (Mon, Jul 13) | Arriving At: 7:40pm (Tue, Jul 14) | Distance (in Miles): 6101 |
| Duration: 12hr(s) 20min(s) | Terminal: TOM BRADLEY INTL TERM | Terminal: TERMINAL A DOM AND INTL | Stop(s): 0 |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » ATOYAN/MARTIN | Check-In Required | Economy | Confirmed | Meals |
| » ATOYAN/SIRINE | Check-In Required | Economy | Confirmed | Meals |

✈ DEPARTURE: **TUESDAY 14 JUL** ▶ ARRIVAL: **WEDNESDAY 15 JUL**
Please verify flight times prior to departure

| | | | |
|---|---|---|---|
| *TRANSAERO ARLNS* | VKO MOSCOW VNUKOVO, RUSSIA | EVN YEREVAN, ARMENIA | Aircraft: BOEING 777 JET |
| *UN 0261* | Departing At: 9:40pm (Tue, Jul 14) | Arriving At: 1:30am (Wed, Jul 15) | Distance (in Miles): 1115 |
| Duration: 2hr(s) 50min(s) | Terminal: TERMINAL A DOM AND INTL | Terminal: Not Available | Stop(s): 0 |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » ATOYAN/MARTIN | Check-In Required | Economy | Confirmed | Breakfast |

6

| | | | | |
|---|---|---|---|---|
| » ATOYAN/SIRINE | Check-In Required | Economy | Confirmed | Breakfast |

✈ DEPARTURE: **MONDAY 17 AUG** Please verify flight times prior to departure

**TRANSAERO ARLNS**

UN 0266

Duration: 2hr(s) 50min(s)

| EVN YEREVAN, ARMENIA ▶ | VKO MOSCOW VNUKOVO, RUSSIA | Aircraft: BOEING 737-800 JET |
|---|---|---|
| Departing At: 1:35pm | Arriving At: 3:25pm | Distance (in Miles): 1115 |
| Terminal: Not Available | Terminal: TERMINAL A DOM AND INTL | Stop(s): 0 |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » ATOYAN/MARTIN | Check-In Required | Economy | Confirmed | Breakfast |
| » ATOYAN/SIRINE | Check-In Required | Economy | Confirmed | Breakfast |

✈ DEPARTURE: **MONDAY 17 AUG** Please verify flight times prior to departure

**TRANSAERO ARLNS**

UN 0557

Duration: 12hr(s) 45min(s)

| VKO MOSCOW VNUKOVO, RUSSIA ▶ | LAX LOS ANGELES, CA | Aircraft: BOEING 767 JET |
|---|---|---|
| Departing At: 4:35pm | Arriving At: 7:20pm | Distance (in Miles): 6101 |
| Terminal: TERMINAL A DOM AND INTL | Terminal: TOM BRADLEY INTL TERM | Stop(s): 0 |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » ATOYAN/MARTIN | Check-In Required | Economy | Confirmed | Meals |
| » ATOYAN/SIRINE | Check-In Required | Economy | Confirmed | Meals |