J. Toney
SNB 43143
P.O. Box 1515
Woodland, CA 95776
530 666-1908
yoloconflict@aol.com
Attorney for Martin Atoyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>MARTIN ATOYAN, et al.,<br><br>         Defendants. | No. 2: 11-cr-467 JAM<br><br>**MOTION TO PERMIT TRAVEL;<br>STIPULATION; PROPOSED ORDER** |

    Martin Atoyan moves the court for an order modifying the conditions of pretrial release to allow him to travel outside the Eastern District of California to Armenia in order to attend religious observances following the death of his mother-in-law, as outlined below.

BACKGROUND

    Mr. Atoyan is awaiting sentencing in this case, with a sentencing date currently for January 26, 2016.  On November 9, 2011, the court released him on an unsecured appearance bond, on the conditions that he not leave the Eastern District of California without permission and that he surrender his passports.  ECF Nos. 29 & 30.  He has been under the supervision

of pretrial services and has fully complied with the conditions of his release.

On February 13, 2015 and July 10, 2015, the magistrate judge approved prior stipulations to permit Mr. Atoyan to travel to Armenia to attend his sister's funeral, ECF Nos. 131-134, and to visit his uncle who was dying of cancer. ECF Nos. 137-139. In each instance, his passport was released to him and upon his return, he surrendered it again to the Clerk of the Court. ECF Nos. 136, 140, 146.

ARGUMENT

Under 18 U.S.C. § 3142(c)(3), the court may amend a release order "to impose additional or different conditions of release."

Martin Atoyan is a citizen of the United States and his wife, Sirine Atoyan, and children Edgar and Sasha, live in the United States. Mr. Atoyan's son Edgar, Edgar's wife, Hayarti Barseghyan, and his son Sasha will surrender their passports to counsel pending Mr. Atoyan's return. Sirine Atoyan will accompany her husband to Armenia. The Atoyans are leaving December 13, 2015 and will return to the United States on January 13, 2016.

Mr. Atoyan and his son Edgar have already signed an unsecured appearance bond in the amount of $200,000, which has not been exonerated. ECF No. 133. Edgar, who is a long-haul truck driver, will surrender the pink slip of his truck, held in Sirine Atoyan's name, to counsel. The family will also surrender the pink slip of a 2008 Honda, also held in Sirine Atoyan's name.

When counsel's declaration is filed attesting he has received the passports and pink slips, the court will release Mr.

Atoyan's passport to the Pretrial Services Office, who in turn will release it to Martin Atoyan.  Mr. Atoyan will return his passport to the Pretrial Services Office by January 15, 2016. Mr. Atoyan agrees to comply with any additional conditions, such as telephone reporting, required by the Pretrial Services Officer.

Assistant United States Attorney Lee Bickley has advised she is not opposed to this travel plan.

Accordingly, Martin Atoyan respectfully requests the court to modify his conditions of release as outlined above and to impose any other conditions the Court deems appropriate.

CONDITIONS FOR TRAVEL

Assistant United States Attorney Lee Bickley does not object to the following conditions for travel:

Martin Atoyan and his son Edgar Atoyan, a self-employed truck driver, signed an unsecured appearance bond on February 13, 2015; it remains in effect.  ECF No. 133.

Edgar Atoyan and his wife Hayarti Barseghyan will surrender their passports to counsel.

Sasha Atoyan will surrender his passport to counsel.

Edgar Atoyan will surrender to counsel the pink slips of a 2008 Honda and the truck he uses for his business.

Edgar Atoyan understands the risks involved if his father fails to appear or return from Armenia.

/////
/////
/////
/////

If this request is approved, Martin Atoyan will surrender his passport to Pretrial Services on January 15, 2016.

Dated: December 9, 2015.

                      Respectfully submitted,

                      /s/ J Toney
                      J TONEY
                      Attorney for Martin Atoyan

Dated: December 9, 2015.

                      BENJAMIN WAGNER
                      United States Attorney

                      /s/ Lee Bickley
                      LEE BICKLEY
                      Assistant United States Attorney

ORDER

The court approves the above-outlined additional conditions of release and travel and orders the Clerk of the Court to release Martin Atoyan's United States passport to the Pretrial Trial Services Office no later than December 10, 2015; the Pretrial Services Office may release the passport to Mr. Atoyan after the declaration of counsel, attesting to the receipt of passports and pink slips, has been filed.

Dated: December 10, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE