UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez  **RE:  Martin Atoyan**
United States District Judge  <u>Docket Number:  0972 2:11CR00467-003</u>
Sacramento, California  <u>PERMISSION TO TRAVEL</u>
  <u>OUTSIDE THE COUNTRY</u>

Your Honor:

Martin Atoyan is requesting permission to travel to Yerevan, Armenia.  Martin Atoyan is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On May 3, 2016, Martin Atoyan was sentenced for the offense of 18 USC 1641 – Mail Fraud (Class C Felony).

**Sentence Imposed:**  Time Served; 24 months Supervised Release; $100 special assessment; No firearms; DNA collection.  **Special Conditions**: Search; Financial Disclosure; Complete 7 months location monitoring (satisfied on January 4, 2017).

**Dates and Mode of Travel:**  Flying from Los Angeles, California, on November 13, 2017, and returning November 28, 2017.  The releasee will drive from Sacramento, California, to the Los Angeles International Airport (LAX) on November 13, 2017.  Upon his arrival, the releasee will drive from LAX to Sacramento on November 28, 2017.  The releasee will be traveling alone and will be staying with family in  Yerevan, Armenia.

**Purpose:**  Family emergency (releasee's brother is hospitalized).

**RE:  Martin Atoyan**
    **Docket Number:  0972 2:11CR00467-003**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/Paul Mamaril
Paul Mamaril
United States Probation Officer

Dated:   November 7, 2017
            Sacramento, California


**REVIEWED BY:**     **/s/Toni M. Ortiz**
                                  **Toni M. Ortiz**
                                  **Supervising United States Probation Officer**

---

### ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

**DATED:  11/8/2017**                                    /s/ John A. Mendez
                                                                        John A. Mendez, U.S. District Court Judge